IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROY DAVID BLANKENSHIP, | No. 2:14-cv-0312-CMK |
| Plaintiff, | |
| vs. | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Plaintiff, who is proceeding with retained counsel, brings this action for judicial review of a final decision of the Commissioner of Social Security under 42 U.S.C. § 405(g). . Pending before the court is the parties' stipulated motion for an extension of time (Doc. 14) for defendant to file a response to plaintiff's motion for summary judgment. Good cause appearing therefor, the request is granted. Defendant shall file a dispositive motion by January 7, 2015. The scheduling order is modified accordingly.

IT IS SO ORDERED.

DATED: January 5, 2015

                                                  **CRAIG M. KELLISON**
                                                  UNITED STATES MAGISTRATE JUDGE